S. A. & D. J. Noyes, for appellant.

E. J. Nathan, for respondent.

No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 26 N. Y. Supp. 38.

---

SEAMAN, Respondent, v. T. A. SNIDER PRESERVE CO., Appellant.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Appeal from first district court.

Action by Annie Seaman against the T. A. Snider Preserve Company.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

Daniel S. Decker, for appellant.

H. G. Whipple, for respondent.

No opinion. Motion for reargument denied, with $10 costs. See 25 N. Y. Supp. 1138.

---

TOBIN, Respondent, v. MANHATTAN SAV. INST., Appellant.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Appeal from city court.

Action by William R. Tobin against the Manhattan Savings Institution.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

Hoyt & Schell, for appellant.

Friend & House, for respondent.

No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 26 N. Y. Supp. 14.

---

WAGNER, Respondent, v. KINGSLEY et al., Appellants (two cases).
SCHNEIDER, Respondent, v. SAME.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Appeal from fourth district court.

Action by Franz Wagner against Herbert M. Kingsley and another (two cases), and by Ernest Schneider against the same defendant.

Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.

G. M. Pinney, for appellant.

A. P. Wagner, for respondent.

No opinion. Motion for leave to go to the court of appeals denied, with $10 costs. See 26 N. Y. Supp. 31.

---

W. D. WILSON PRINTING INK CO., Respondent, v. FORD, Appellant.

(Common Pleas of New York City and County, General Term. February 5, 1894.)

Appeal from city court.

Action by the W. D. Wilson Printing Ink Company against Austin E. Ford.

W. Lane O'Neill, for appellant.

P. Carpenter, for respondent.

No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 26 N. Y. Supp. 1129.